# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Lauren Campbell** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL NO.: 1:26-cv-206** |
| | § | |
| **The Lincoln National Life Insurance Company** | § | |
| | § | |
| | § | |
| *Defendant* | § | |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Lauren Campbell, Plaintiff herein, complaining of The Lincoln National Life Insurance Company, Defendant, and for cause of action would show:

1. Plaintiff resided in Austin, Texas, which is in the Western District of Texas, at the time of the events made the subject of this Complaint.

2. Defendant, The Lincoln National Life Insurance Company, formerly known as Lincoln Life Assurance Company of Boston, (hereinafter referred to as "Lincoln National"), is an insurance company that does business in the State of Texas and may be served with citation herein by serving its registered agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas, 78701.

3. This court has original jurisdiction of this case under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e)(1).

4. Venue is proper in the Austin Division of the Western District of Texas under 29 U.S.C. § 1132(e)(2).

5. Plaintiff brings this suit under the civil enforcement provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), specifically including 29 U.S.C. § 1132 (a)(1)(B). Plaintiff is a participant in or beneficiary of an employee welfare benefit plan and seeks to recover benefits due under the Plan, to enforce her rights under the terms of the Plan, to clarify her rights to future benefits under the terms of the Plan, and to obtain appropriate equitable relief.

6. Plaintiff worked as a District Manager of Sales for Campari America, LLC on January 1, 2022, when she became disabled. Plaintiff was determined to be disabled by the Social Security Administration under its standards as of December 31, 2021.

7. When she became disabled, Plaintiff was a participant in the employee welfare benefits plan sponsored by Campari America, LLC , which provided long-term disability benefits to Plaintiff under a policy of insurance identified as policy number GD/GF3-860-067030-01 ("the policy") issued by Lincoln National and insuring Plaintiff.

8. Plaintiff submitted a claim for disability benefits, identified as claim number 12902028, which Lincoln National approved and paid until April 23, 2024, when it denied continuing benefits.

9. Plaintiff properly appealed Lincoln National's denial of disability benefits to the designated fiduciary of the Plan, but Lincoln National denied Plaintiff's final appeal

on January 30, 2025.

10. Plaintiff has exhausted the administrative remedies available under the Plan. All conditions precedent to this cause of action have been met or have occurred.

11. The Plan does not lawfully confer discretion on Lincoln National to interpret the Plan or determine Plaintiff's entitlement to benefits. Lincoln National's claim decisions are therefore subject to de novo review by this court.

WHEREFORE, Plaintiff prays that Defendant be cited to appear herein and answer and that on final hearing, she has judgment against Defendant for her damages, plus pre-judgment and post-judgment legal interest, for costs of suit, for reasonable attorney's fees and expenses incurred and that Plaintiff have a clarification of her right to receive future benefits under the Plan, to which she may show herself justly entitled under the attending facts and circumstances.

Respectfully submitted,

By: /s/ *Lonnie Roach*

LONNIE ROACH
State Bar No. 16967600

**BEMIS, ROACH & REED**
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas 78759
(512) 454-4000 Telephone
(512) 453-6335 Facsimile
lonnie@brrlaw.com

**ATTORNEYS FOR PLAINTIFF**