**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Lauren Campbell,** *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:26-cv-00206-RP** |
| | § | |
| **The Lincoln National Life Insurance Company,** *Defendant* | § | |
| | § | |
| | § | |

**ORDER**

The parties, or counsel acting on their behalf, are **ORDERED** to appear for an initial pretrial conference **by telephone** on **July 27, 2026 at 10 a.m**. The Court will set a trial date at the conference, so the parties must be prepared to discuss trial settings. The parties are directed to use the following dial-in information:

**Please call in 5 minutes before the hearing starts.**

1. Toll free number: (855) 244-8681

2. Access code: 2307 492 0535#

Use of speaker phones is prohibited during a telephonic appearance, and use of mobile phones is discouraged due to poor audio quality. Because earlier hearings in other cases may be in progress when attorneys call in, they should mute their phones and wait for the Courtroom Deputy to call this case before they speak.

If there are questions regarding the telephonic appearance, the parties should contact courtroom deputy Kyra Kelley at Kyra _Kelley@txwd.uscourts.gov

**SIGNED** on July 8, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE