# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| Lauren Campbell, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO.: 1:26-cv-00206-RP |
| | § | |
| The Lincoln National<br>Life Insurance Company, | § | |
| | § | |
| | § | |
| *Defendant* | § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party, Lauren Campbell, through counsel, Lonnie Roach

_X__ consents to having a United States Magistrate Judge preside over the trial in this case.

____ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted, _____*/s/ Lonnie Roach*

Attorney for ______Plaintiff, Lauren Campbell

Respectfully submitted,

By: */s/ Lonnie Roach*
LONNIE ROACH
State Bar No. 16967600
lonnie@brrlaw.com
**BEMIS, ROACH & REED**
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas 78759
(512) 454-4000 Telephone
(512) 453-6335 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

By my signature above, I certify that on July 28, 2026, a copy of the forgoing has been forwarded to all attorneys of record via ECF in accordance with the Federal Rules of Civil Procedure: