# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| Lauren Campbell, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO.: 1:26-cv-00206-RP |
| | § | |
| The Lincoln National | § | |
| Life Insurance Company, | § | |
| | § | |
| *Defendant* | § | |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:

Pursuant to Western District Local Rule CV-88, Plaintiff Lauren Campbell and Defendant The Lincoln National Life Insurance Company submit this Joint Alternative Dispute Resolution Report.

The parties have initiated settlement negotiations. Plaintiff submitted a written offer of settlement to Defendant prior to July 1, 2026. Defendant will respond, in writing, on or before July 31, 2026.

The individuals responsible for settlement negotiations are Lonnie Roach for Plaintiff and Iwana Rademaekers for Defendant. The parties will continue to work toward an amicable resolution through negotiations between counsel.

Should the parties be unable to resolve this case with negotiations between counsel, they agree to mediate and will complete mediation by October 2, 2026. At the conclusion

of mediation, the parties will file a joint report with the Court as per Western District Local Rule CV-88(g).

Should the parties mediate, they select Jeff Jury of Lakeside Mediation as mediator. The parties will evenly split the cost of mediation.

Respectfully submitted,

By: */s/ Lonnie Roach*

LONNIE ROACH
State Bar No. 16967600

**BEMIS, ROACH & REED**
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas 78759
(512) 454-4000 Telephone
(512) 453-6335 Facsimile
lonnie@brrlaw.com

**ATTORNEYS FOR PLAINTIFF**

**And**

*/s/ Iwana Rademaekers (w./perm.)*

Iwana Rademaekers
State Bar No. 16452560

**LAW OFFICES OF**
**IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
T: (214) 579-9319
F: (469) 444-6456
iwana@rademaekerslaw.com

**Attorney for Defendant**